IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 08–cr–00060–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  VERONICA GARCIA,
    a/k/a "Ronnie,"

    Defendant.

---

**ORDER AND NOTICE OF SETTINGS**

---

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

    This matter is set for a ten-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **May 19, 2008**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse. Therefore, it is

    **ORDERED** that the deadline for filing all motions is <u>April 18, 2008</u>. All responses shall be filed by <u>April 25, 2008</u>. A hearing on the motions, if necessary, is set for **May 1, 2008**, at 2:15 o'clock p.m. It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 2:45 o'clock p.m. on Friday, **May 9, 2008**. The deadline for submitting the plea agreement and statement of facts

1

relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, May 7, 2008.

Dated: March 20, 2008