IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk             Date: May 29, 2008
Therese Lindblom, Court Reporter

Criminal Action No. 08–cr–00060–EWN

*Parties:*                              *Counsel:*

UNITED STATES OF AMERICA,               Gregory Rhodes

    Plaintiff,

v.

1.  VERONICA GARCIA,                    Elisa Moran
    a/k/a "Ronnie,"

    Defendant.

---

## COURTROOM MINUTES

**Hearing on Motion for Protective Order**

**3:50 p.m.**     Court in session.

Court calls case and appearances. Defendant is present in custody.

**ORDERED: 1.**  **Defendant's Ex Parte Motion for Appointment of Co-Counsel and Use of a Paralegal (#29, filed May 18, 2008) is GRANTED.**

**ORDERED: 2.**  **The Government's Motion for Protective Order for Jencks Act and Rule 16 Material (#15, filed March 31, 2008) is GRANTED. Government's counsel shall email a proposed order to chambers.**

**ORDERED: 3.**  **The April 2, 2008, text only Order #20, granting #17, motion to seal is hereby VACATED. Document #16 shall be unsealed.**

**ORDERED: 4.**     **Order to Seal Document #16, (#18, filed April 2, 2008) is VACATED.**

**ORDERED: 5.**     **Sealed Order for Appointment of CJA Counsel for Witnesses Connie Lanine Russom and Gary Vaughns (#19, filed April 2, 2008) shall be unsealed.**

**ORDERED: 6.**     **The status conference scheduled for June 6, 2008, at 3:45 p.m. is VACATED.**

**4:00 p.m.**     Court in recess.

Hearing concluded.

Total time: 00:10