IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 08–cr–00060–EWN

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. VERONICA GARCIA,
  a/k/a "Ronnie,"

 Defendant.

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

 This matter is set for a six-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **November 10, 2008**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse. Therefore, it is **ORDERED** as follows:

 1. The court will hold a trial preparation conference commencing at 4:00 o'clock p. m. on October 31, 2008, in Courtroom A201 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

 2. In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, www.cod.uscourts.gov.

Dated this 6th day of October, 2008.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge