IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 08-cr-00060-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VERONICA GARCIA,

    Defendant.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Hearing regarding bond will be held **October 20, 2010, at 2:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: October 14, 2010

                                                          s/ Jane Trexler, Judicial Assistant