IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 08-cr-00060-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VERONICA GARCIA,

    Defendant.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    A status hearing will be held **November 18, 2010, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

    (The previously scheduled November 30, 2010 hearing is vacated.)


Dated: October 21, 2010

                                                   s/ Jane Trexler, Judicial Assistant