IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 08-cr-00060-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VERONICA GARCIA,

    Defendant.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    All pending motions are denied without prejudice.

Dated: November 22, 2010

                                         s/ Jane Trexler, Judicial Assistant