IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  08-cr-00060-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

VERONICA GARCIA,

      Defendant.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      A status hearing will be held **June 16, 2011, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.  The defendant's presence is not required.


Dated: June 1, 2011

                                    s/ Jane Trexler, Judicial Assistant