**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Criminal Action No. 08-cr-00060-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VERONICA GARCIA,

    Defendant.

---

**ORDER EXONERATING BOND**

---

As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the Defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

ORDERED that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

ORDERED that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the Defendant.

DATED at Denver, Colorado, this   16th   day of December, 2011.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge